IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NationsRent, Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br>Plaintiff,<br>v.<br>Vic's Tire Service,<br>World Wide Welding,<br>Defendants. | Civil Action Numbers:<br>04-804(***)<br>04-1103 (***) |

## ORDER

At Wilmington this ____ day of March, 2007.

On March 19, 2007, a teleconference was held before the Honorable Magistrate Judge Thynge in the above-captioned matters. As a result of that teleconference:

IT IS ORDERED that a further status teleconference has been scheduled for **Wednesday, April 18, 2007 at 12:30 p.m. (Eastern Time) / 11:30 a.m. (Central Time)** with the Honorable Magistrate Judge Thynge. The teleconference will by organized by counsel for the Trust, and the **dial in number is (888)285-4585** with the **participation code of 206271.** Counsel for the Trust shall provide Judge Thynge with a list of participants and the parties they represent prior to the teleconference.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

654837-1

Defendants are to advise counsel for the Trust on or before Monday, **April 16, 2007** of the names of those participating and the parties they represent.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

**FAILURE TO PARTICIPATE IN THIS TELECONFERENCE MAY RESULT IN THE DENIAL OF YOUR CLAIMS OR REQUESTS FOR RELIEF IN THE ABOVE ACTIONS AND A DISMISSAL OF THE ABOVE ACTIONS WITHOUT FURTHER NOTICE OR HEARING.**

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge