## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NationsRent, Inc., *et al.,* [1]<br><br><div align="center">Debtors.</div> | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered |
| NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br>Vic's Tire Service,<br><br>World Wide Welding,<br><br><div align="center">Defendants.</div> | Civil Action Numbers:<br><br>04-804(***)<br><br>04-1103 (***) |

<div align="center">

### AFFIDAVIT OF SERVICE

</div>

STATE OF DELAWARE    §
                           §   SS:
NEW CASTLE COUNTY   §

    *Pamela A. Piunti*, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, counsel for the Creditor Trust Trustee in the above-captioned actions, and that on the 21st day of March, 2007, she caused a copy of the **Order** to be served upon the parties listed below *via* First Class Mail.

Bernard E. Brooks, Esquire
12603 Southwest Fwy
Stafford, TX 77477
*(Counsel for World Wide Welding)*

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

Vic's Tire Service
c/o Victor Almaguer
1712 East Riverside
Austin, TX  78741

_Pamela A. Piunti_

Pamela A. Piunti

**_SWORN TO AND SUBSCRIBED_** before me, a Notary Public for the State and

County aforesaid, on the day and year aforesaid.

Dated: March 21, 2007

_Jeanne T. Carrera_

Notary Public    JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 28, 2010

654837-1                                    2