## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 6th day of June, 2007, I caused a true and correct copy of the **Motion to Dismiss Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure** to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Bernard E. Brooks, Esquire
12603 Southwest Freeway
Stafford, TX 77477
*(Counsel for World Wide Welding)*

_____
Mary E. Augustine (No. 4477)

662011-1